**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| CATTLE TOWN FEEDERS, LTD., | § | |
| | § | |
| Defendant & Counter-Plaintiff, | § | CIVIL ACTION NO.: 2:17-cv-00122-Z-BR |
| | § | |
| v. | § | |
| | § | |
| ARGONAUT INSURANCE COMPANY, | § | |
| | § | |
| Counter-Defendant. | § | |

**NOTICE OF SETTLEMENT**
_____

Plaintiff Nova Casualty Company, Ltd. and Counter-Defendant Argonaut Insurance Company, by and through the undersigned counsel, hereby file this Notice of Settlement to notify the Court that Plaintiff Nova Casualty Company and Counter-Defendant Argonaut Insurance Company have reached an amicable settlement with Defendant and Counter-Plaintiff Cattle Town Feeders, Ltd. in the above-styled matter. The parties request 45 days for completion of the settlement documents.

Respectfully submitted,

By: /s/ *Jennifer L. Gibbs*
Jennifer L. Gibbs
Texas Bar No. 24050656
jgibbs@zelle.com
Raven M. Blevins
Texas Bar No. 24073864
rblevins@zelle.com

Z<small>ELLE</small> LLP
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR PLAINTIFF NOVA CASUALTY INSURANCE COMPANY, LTD and COUNTER-DEFENDANT ARGONAUT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record by the court's electronic filing system on January 5, 2021.

Brent Hamilton
brent@bhlawgroup.com
Zachary S. Brady
zach@bhlawgroup.com
B<small>RADY</small> & H<small>AMILTON</small>, LLP
1602 13th Street
Lubbock, TX  79401-3831
Telephone:    806-771-1850
Facsimile:    806-771-3750
*Attorneys for Defendant and*
*Counter-Plaintiff Cattle Town Feeders, Ltd.*

                                       /s/ *Jennifer L. Gibbs*
                                            Jennifer L. Gibbs