IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-122-Z |
| | § | |
| CATTLE TOWN FEEDERS, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal (ECF No. 121). The Court acknowledges the parties' stipulation to dismiss this suit with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) filed on February 19, 2021. ECF No. 121 at 1. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Court hereby ORDERS the United States District Clerk to CLOSE this civil case. Each party shall bear its own fees and costs.

**SO ORDERED.**

February 22, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE